STRICKLAND v. TANT

No. 240 PC.

Case below: 41 N.C. App. 534.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

TRUST CO. v. GRAINGER

No 293 PC.

Case below: 42 N.C. App. 337.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.

TRUST CO. v. SEVIER

No. 267 PC.

Case below: 41 N.C. App. 762.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 September 1979.

WALL v. CITY OF DURHAM

No. 258 PC.

Case below: 41 N.C. App. 649.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 September 1979.

WHALEHEAD PROPERTIES v. COASTLAND CORP.

No. 284 PC.

No. 124 (Fall Term).

Case below: 42 N.C. App. 198.

Petitions by plaintiffs and defendants for discretionary review under G.S. 7A-31 allowed 25 September 1979.